IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Hector Carrillo, individually and on behalf of other employees similarly situated, Plaintiffs<br>v.<br><br>DND Fire Protection, Inc., and Song Cha, individually, Defendants. | Case No. 1:16-cv-6975<br><br>Hon. Judge Shah |

## JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), stipulate the following:

1. The parties have reached a settlement of the above-captioned action.

2. The parties therefore stipulate that this matter shall be dismissed in its entirety, without prejudice, with each party incurring its own attorneys' fees and costs, except as otherwise provided for by the parties' settlement agreement.

3. On April 21, 2017, absent a motion by either party to enforce the settlement agreement, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Respectfully submitted,

| | |
|---|---|
| s/ Raisa Alicea<br>Raisa Alicea<br>Consumer Law Group, LLC<br>6232 N. Pulaski, Suite 200<br>Chicago, IL 60646 | s/Peter K. Lee<br>Peter K. Lee<br>Peter K. Lee & Associates<br>5757 N. Lincoln Ave., Suite 20<br>Chicago, IL 60659 |